RECEIVED                                JUDGE DAVID BRIONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Jacob Barreras,
Plaintiff,

v.

Paragon Systems, Inc.,
Defendant.

Case No.: [To be assigned]   

EP25CV0454

# COMPLAINT FOR VIOLATION OF ADA AND REHABILITATION ACT

**COMES NOW** the Plaintiff, Jacob Barreras, and alleges as follows:

## I. PARTIES

1. Plaintiff Jacob Barreras is an individual with disabilities as defined under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., the Rehabilitation Act of 1973, 29 U.S.C. § 794, and Title II of the ADA Technical Assistance Manual. Plaintiff requires reasonable accommodations for effective communication and participation in services provided by Defendant.
2. Defendant Paragon Systems, Inc. is a company providing security and related services under federal contracts. As a provider of services and a recipient of federal funds or acting in connection with federally funded programs, Defendant is legally obligated to comply with the ADA, the Rehabilitation Act, and Title II requirements.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under federal statutes, including the ADA and the Rehabilitation Act.
4. Venue is proper in this district under 28 U.S.C. § 1391(b) because the acts complained of occurred in this district, and Defendant conducts business within this district.

## III. FACTUAL ALLEGATIONS

5. Plaintiff made repeated requests for ADA accommodations from Defendant, including [specific accommodations requested, e.g., communication access, interpreters, specialized equipment].
6. Despite these requests, Defendant failed to provide reasonable accommodations in accordance with:
    - The Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.;
    - The Rehabilitation Act of 1973, 29 U.S.C. § 794; and
    - Title II of the ADA Technical Assistance Manual.
7. Defendant's failure to provide accommodations has denied Plaintiff access to services, created barriers to participation, and caused harm including inability to access services, delays, emotional distress, and financial burdens.
8. Plaintiff has documented all requests for accommodations and the denial or failure to respond appropriately.

## IV. CLAIMS FOR RELIEF

**Count 1 – Violation of the Americans with Disabilities Act (ADA) and Title II**
9. Defendant's failure to provide reasonable accommodations constitutes discrimination on the basis of disability under the ADA and Title II.

**Count 2 – Violation of the Rehabilitation Act, 29 U.S.C. § 794**
10. Defendant's failure to provide accommodations constitutes a violation of the Rehabilitation Act, denying Plaintiff access to federally funded programs or services.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
a. Declare that Defendant violated the ADA, the Rehabilitation Act, and Title II requirements;
b. Order Defendant to provide all requested ADA accommodations immediately;
c. Award Plaintiff **$250,000** in compensatory damages for harm suffered as a result of Defendant's failure to provide accommodations;
d. Award costs, attorney's fees, and other expenses pursuant to federal law; and
e. Grant any other relief the Court deems just and proper.

**Respectfully submitted,**

Jacob Barreras
2211 E. Missouri Ave #221
El Paso, TX 79903
**Date:** [Insert current date]